AUSA

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Irma Yolanda TIJERINA-DE LEYVA<br><br>    Defendant | Magistrate Case No.:<br><br>**'07 MJ 8981**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 841(a)(1)<br><br>Possession of Controlled Substance<br><br>with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

That on or about December 13, 2007, within the Southern District of California, defendant Irma Yolanda TIJERINA-DE LEYVA did knowingly and intentionally possess, with intent to distribute approximately 17.55 kilograms, approximately (38.7 pounds) of cocaine, A Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Michael Ortiz, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 14th day of December 2007.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
         **v.**
**Irma Yolanda TIJERINA-DE LEYVA**

### STATEMENT OF FACTS

I, Special Agent Michael Ortiz, declare under penalty of perjury, the following statement is true and correct:

On December 13, 2007, at approximately 6:00 P.M. United States Border Patrol (USBP) Agent J. Christoffels was assigned to the Highway 86 Checkpoint near Westmorland, California. Agent Christoffels was conducting primary inspection while Agent Delgado was conducting pre-primary screening with his service canine when a white 2007 Nissan Altima (Mexico BC Reg # AHY8481) arrived at the checkpoint.

Agent Christoffels had initial contact with the operator of the vehicle, identified as Irma Yolanda TIJERINA-DE LEYVA. Agent Christoffels identified herself as a Border Patrol Agent, and asked TIJERINA-DE LEYVA to state her citizenship. TIJERINA-DE LEYVA handed Agent Christoffels a valid DSP-150 and I-94 card. As TIJERINA-DE LEYVA handed Agent Christoffels her documents, she appeared very nervous. Agent Christoffels asked TIJERINA-DE LEYVA where she was going to and she stated that she was enroute to a casino up the road. Agent Christoffels asked TIJERINA-DE LEYVA for consent to search the trunk, which TIJERINA-DE LEYVA granted. Agent Christoffels then referred TIJERINA-DE LEYVA to the secondary inspection area. TIJERINA-DE LEYVA agreed and pulled into secondary for inspection.

Upon arriving at the secondary inspection area, TIJERINA-DE LEYVA was contacted by Agent Delgado, who asked TIJERINA-DE LEYVA for consent to search the vehicle and to perform a canine sniff of the vehicle. TIJERINA-DE LEYVA consented and exited the vehicle. Agent Delgado then utilized his USBP canine to perform a canine sniff of the

vehicle, which led to a positive canine alert to the front rocker panels. As Agent Delgado began to inspect the vehicle, he was overwhelmed by the odor of bondo. Agent Delgado then asked TIJERINA-DE LEYVA if she owned the vehicle. TIJERINA-DE LEYVA stated that it was in fact hers and that she had bought it new in Mexicali, Mexico the previous month. Agent Delgado asked TIJERINA-DE LEYVA if she had any aftermarket work done to the vehicle and TIJERINA-DE LEYVA stated that she had not. Agent Delgado then noticed fresh Bondo in the area around the rocker panels. Agent Delgado then began to tap on the Bondo and it began to chip away, exposing access plates to a false compartment. Agent Delgado then removed the access plates, exposing several brick like bundles stuffed into the rocker panels.

  Agent Delgado subsequently removed a total of 15 bundles weighing 38.7 pounds (17.55 kilograms) from inside the rocker panels of the vehicle. Agent Delgado randomly probed one of the bundles and discovered a white powdery substance. A Narcotics Identification System Kit was then utilized to test the substance, which tested positive for cocaine.