1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Tijerina-De Leyva

8                          UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                             **(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ8981-PCL |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| IRMA YOLANDA TIJERINA-DE LEYVA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                              Respectfully submitted,

Dated: December 20, 2007                      */s/ Norma Aguilar*
                                              **NORMA AGUILAR**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Tijerina-De Leyva
                                              Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 20, 2007          /s/ *Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Norma_Aguilar@fd.org