

||||
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 8 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR66-BTM |
| 9 | Plaintiff, ) | **I N F O R M A T I O N** |
| 10 | v. ) | Title 21, U.S.C., |
| 11 | IRMA YOLANDA TIJERINA-DE LEYVA, ) | Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute (Felony) |
| 12 | Defendant. ) | |

14  The United States Attorney charges:

15  On or about December 13, 2007, within the Southern District of

16  California, defendant IRMA YOLANDA TIJERINA-DE LEYVA, did knowingly

17  and intentionally possess, with intent to distribute, approximately

18  17.55 kilograms (38.70 pounds) of cocaine, a Schedule II Controlled

19  Substance; in violation of Title 21, United States Code,

20  Section 841(a)(1).

21  DATED: January 10, 2008.

22  KAREN P. HEWITT
United States Attorney

23

24  *[signature] Charlotte E. Kaiser for*

25  DAVID D. LESHNER
Assistant U.S. Attorney

26

27

28  DDL:psd:San Diego
12/26/07