AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| IRMA YOLANDA TIJERINA-DE LEYVA | CASE NUMBER: 08CR66-BTM |

I, <u>IRMA YOLANDA TIJERINA-DE LEYVA</u>, the above named defendant, who is accused of committing the following offense:

> Possession of Cocaine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>1/10/08</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Irma Y. Tijerina_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER