1 | Christian De Olivas
2 | CalBarNo. 249608
  | De Olivas Law Firm, APLC
3 | 200 N. Bradford Ave., Suite L
  | Placentia, CA 92870
4 | Telephone: (714) 646-3314
  | Facsimile:   (714) 646-3721

**FILED**
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No: 308 cr 00066 BTM-1
            Plaintiff,    ) **SUBSTITUTION OF ATTORNEY**
        vs.               )
Irma Yolanda Tijerina-De Veyna )
            Defendant     )

_Irma Yolanda Tijerina_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _Norma A Aguilar_.

DATED: 28/01/08          _Irma Y. Tijerina_
                         DEFENDANT

                         _Irma Y. Tijerina_

I consent to the above substitution.

DATED: 1/29/08           _[signature]_
                         PRESENT ATTORNEY

                         308-cr-00066-BTM-1

1  //
2      I am duly admitted to practice in this district.
3      I accept the above substitution.
4
5  DATED: __01-29-08__           _____
6                                         NEW ATTORNEY
7
8      Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.
10
11 DATED:                        APPROVED: _____
12  __January 29, 2008__
13                                UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

2

308 cr 00066 BTM-1