UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>IRMA YOLANDA TIJERINA-DE LEYVA,<br><br>            Defendant. | CASE NO. 08CR0066-BTM<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of: 21 USC 841(a)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 28, 2008

                                      BARRY TED MOSKOWITZ
                                      UNITED STATES DISTRICT JUDGE

                                ENTERED ON _____