UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR - 7 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

IRMA YOLANDA TIJERINA-DE LEYVA,

           Defendant.

CASE NO. 08CR0066-BTM

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 21 USC 841(a)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 28, 2008

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/7/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____